FILED

04/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0707

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0707

_____

SCOTT AND PAMELA BYE; KOREY AND
WENDY FAUQUE; BUTCH AND DOREEN
GILLESPIE; WAYNE AND ROXY
GILLESPIE, and JOHN DOES 1, 2, 3, 4,

      Plaintiffs and Appellees

  v.

SOMONT OIL COMPANY, INC.

      Defendant and Appellant.

_____

O R D E R

    Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

    IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 3, 2023, within which to prepare, file, and serve the Reply Brief in this case.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2023